996

**E. M. T. COAL CO. v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5605.

Circuit Court of Appeals, Sixth Circuit.

Jan. 20, 1930.

Virgil J. Pritchett, of Bowling Green, Ky., for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for respondent.

**ERIE RAILROAD COMPANY, Libelant-Appellant, v. CITY OF NEW YORK, Respondent-Appellee.**

No. 377.

Circuit Court of Appeals, Second Circuit.

June 16, 1930.

Park, Mattison & Lynch, of New York City (Samuel Park and Anthony V. Lynch, Jr., both of New York City, of counsel), for appellant.

Arthur J. W. Hilly, Corp. Counsel, of New York City (Matthew J. Troy and William J. Leonard, both of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

**Charles FARIS v. UNITED STATES of America.**

No. 5583.

Circuit Court of Appeals, Sixth Circuit.

March 14, 1930.

Verne Lacy, of St. Louis, Mo., for appellant.

John R. Watkins, U. S. Atty., of Detroit, Mich.

PER CURIAM.

Judgment of District Court affirmed.

**FEDERAL TRADE COMMISSION v. GRAND RAPIDS VARNISH COMPANY.**

No. 5195.

Circuit Court of Appeals, Sixth Circuit.

Oct. 8, 1929.

Robert E. Healy and Adrien F. Busick, both of Washington, D. C., for petitioner.

Ring & Cobb, of Washington, D. C., for respondent.

PER CURIAM.

Consent decree affirming modified order of Federal Trade Commission.

**Frank J. FISCHMAN, Appellant, v. UNITED STATES of America.**

No. 8945.

Circuit Court of Appeals, Eighth Circuit.

June 20, 1930.

J. E. Carroll and A. B. Frey, both of St. Louis, Mo., for appellant.

Louis H. Breuer, U. S. Atty., of Rolla, Mo., and Arthur A. Hapke, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellant and consent of appellee.